IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:00-cr-00014-MP

OLIVER DAVID WALKER,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on defendant's motion requesting that the Probation Department provide him with two copies of his presentence report, Doc. 54. The court finds that good cause for his request has not been shown, as copies were previously furnished to the defendant. Accordingly, the motion is denied. The Clerk is directed to forward a copy of this order to the Probation Department.

    **DONE AND ORDERED** this  *27th* day of April, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge